# EXHIBIT 2

# Matthew McCann

**From:** Sharon_Purce@njb.uscourts.gov
**Sent:** Thursday, June 07, 2018 12:36 PM
**To:** Matthew McCann
**Subject:** Re: FW:

Thank you. I have updated your status and your account should be activated within the hour. Try logging into cm/ecf through your PACER account and let me know if you have any issues.

Sharon Joyce Purce
973-776-3436
USBC - Newark, NJ
Sharon_Purce@njb.uscourts.gov



From: Matthew McCann <mMcCann@liddlerobinson.com>
To: "Sharon_Purce@njb.uscourts.gov" <Sharon_Purce@njb.uscourts.gov>
Date: 06/07/2018 10:54 AM
Subject: FW:

Ms. Purce,

I have completed training module 1 as instructed at http://www.njb.uscourts.gov/content/cmecf-training-information (**IF YOU ARE NOT A MEMBER OF THE NEW JERSEY BAR* you can still have limited access to CM/ECF. You must complete module 1 of the court's online training. Please review the appropriate registration form)

Attached is a sreenshot of the last slide and I affirm that I reviewed the module in its entirety.

I will call to follow up regarding what I need to do next to be able to file the Adversary Compliant via Pacer.

Best regards,

1

Matthew C. McCann
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, N.Y. 10022
T: (212) 687-8500 Ext. 240
www.liddlerobinson.com

The information contained in this email message, and any attachments, may be confidential and legally privileged, and is intended only for use by the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (212-687-8500), and destroy the original message.

**From:** Matthew McCann
**Sent:** Wednesday, June 06, 2018 5:51 PM
**To:** Sharon_Purce@njb.uscourts.gov
**Subject:** RE: NextGen CM/ECF- ATTORNEY: Matthew McCann

Ms. Purce,

I filled out, completed and signed the attached Limited User Registration Form and will mail out the original to the Newark address listed on the bottom.

Best regards,

Matthew C. McCann
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, N.Y. 10022
T: (212) 687-8500 Ext. 240
www.liddlerobinson.com

The information contained in this email message, and any attachments, may be confidential and legally privileged, and is intended only for use by the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (212-687-8500), and destroy the original message.

**From:** Matthew McCann
**Sent:** Wednesday, June 06, 2018 5:25 PM
**To:** 'Sharon_Purce@njb.uscourts.gov' <Sharon_Purce@njb.uscourts.gov>
**Subject:** RE: NextGen CM/ECF- ATTORNEY: Matthew McCann

Ms. Purce,

**I am not an <u>admitted attorney in the U.S. District Court for New Jersey</u>. I am admitted in New York State, as well as the EDNY, SDNY, and the Second Circuit. I am letting you know so you can provide a Limited User Registration Form.**

I need to file an Adversary Complaint in connection with a Chapter 7 Bankruptcy ASAP. The deadline

was yesterday. I emailed the Complaint, Summons and Notice of Preliminary Conference to both the chambers email address and the CMF/ECF email address since I could not get to Newark in person by midnight and was unable to ECF. I did not realize until I was going through the process that the registration would not lead directly to ability to file. I have left messages with chambers, tried unsuccessfully to speak with the Clerk of Court's office, and spoken extensively with CM/ECF. Additionally, I sent a courier today to the Newark Clerk's office to file a hard copy of the complaint along with the email I sent last night, a cover letter, the screenshot documenting that I had registered for access as noted below the Original Complaint and the Summons & Notice. That filing was not accepted, I believe because of something to do with not listing a Registration Number, and also because payment was not provided – as I indicatedin my email Monday 6/5 and Cover Letter 6/6, I would be paying via PACER by credit card once I had access.

Please I would appreciate any help you can provide me with getting this Adversary Complaint filed via PACER as soon as possible. Many thanks for your time and assistance.

Best regards,


Matthew C. McCann
Liddle & Robinson, L.L.P.
800 Third Avenue
New York, N.Y. 10022
T: (212) 687-8500 Ext. 240
www.liddlerobinson.com

The information contained in this email message, and any attachments, may be confidential and legally privileged, and is intended only for use by the individual(s) or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone (212-687-8500), and destroy the original message.


**From:** Sharon_Purce@njb.uscourts.gov [mailto:Sharon_Purce@njb.uscourts.gov]
**Sent:** Wednesday, June 06, 2018 5:12 PM
**To:** Matthew McCann <mMcCann@liddlerobinson.com>
**Subject:** NextGen CM/ECF- ATTORNEY: Matthew McCann

Good afternoon, Mr. McCann,

This will confirm that you have registered for access to our NextGen CM/ECF system as an attorney.

**Please note: in order to have full electronic filing privileges, you <u>must</u> be an <u>admitted attorney in the U.S. District Court for New Jersey</u>. If you are not admitted to the U.S. District Court for New Jersey, you may only file for limited access to CM/ECF. If this is the case, let me know and I will provide you with a Limited User Registration Form.** For more information on this, please visit our webpage at www.njb.uscourts.gov and under Quick Links, select the hyperlink CM/ECF Attorney Online Training.

If you are an attorney admitted to practice in the NJ USDC and you are already an electronic filer in another NextGen court, please email a transaction log so you may bypass the required online training

3

exercises. For attorneys looking to become CM/ECF certified, you must first complete eight (8) CM/ECF on-line training modules. The training modules can be accessed at www.njb.uscourts.gov and under Quick Links, select the hyperlink CM/ECF Attorney Online Training.

Upon completion of the training modules you will need to complete the Exercise Sheet For Certification (the pdf is attached below) in the Court's training database, which is found on our court website: www.njb.uscourts.gov , under Quick Links > CM/ECF Training Database. This is the homework task for completion in our training database. Once you have completed the homework please send me an e-mail with the Case No. you used and the document number entries for each of the 15 tasks assigned. Please keep track of this information as you complete each task so that the Court is able to check your homework. To attach a PDF while testing, please create a blank page labeled TEST SHEET and include your initials.

Listed below is your username and password for our CM/ECF training database. The username and password are case sensitive, so please be careful when entering the information. You will also need to select the COURT from the drop down list. Choose NJ Bankruptcy Court (TRAIN). Make sure that you do not choose NJ Bankruptcy Court (TEST) because you will not be able to access the cases you need, even though you may be able to log into that database. NOTE: Once you log into the Training Database with the below username and password, you may receive a message that states your account has an astronomical balance...you may disregard and bypass this.

* Please note that NJ Bankruptcy Court (TEST) will appear in the list *before* NJ Bankruptcy Court (TRAIN). You must select TRAIN.*

**LOGIN (USERNAME): janedoet**
**PASSWORD: Nextgen2015!**

If you need help or have any questions, each office has a helpdesk to assist you. The numbers are listed below.

Newark: 866-653-4439
Trenton: 866-653-4449
Camden: 866-653-4441

Or you may contact me directly at (973) 776-3436

Additionally, please complete the attached registration form and mail the original form to the court with an original signature to be kept on file.

Once the court has checked the homework assignments for accuracy and received the hard copy registration form, your account will be activated by the court.

**Please note that you have two weeks from today to complete the homework or your request will expire and you will need to register again through PACER.**

Sharon Joyce Purce
973-776-3436
USBC - Newark, NJ
Sharon_Purce@njb.uscourts.gov

*[attachment "Module 1 Completion Screenshot.JPG" deleted by Sharon Purce/NJB/03/USCOURTS]*