| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**LIDDLE & ROBINSON**<br>800 Third Avenue, 8th Floor<br>New York, New York 10022<br>Jeffrey L. Liddle<br>(212) 687-8500<br>*Pro Se*<br>Motion for *Pro Hac Vice* Admission Pending<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, NJ 07052<br>Henry M. Karwowski<br>Joshua H. Raymond<br>(973) 243-8600<br>hkarwowski@trenklawfirm.com<br>Local Counsel for Plaintiff | |
| In re:<br><br>ERIC A, ZAKARIN,<br><br>        Debtor. | Case No. 18-14226 (RG)<br><br>Chapter 7 |
| LIDDLE & ROBINSON, LLP,<br><br>        Plaintiff,<br><br>v.<br><br>ERIC A. ZAKARIN,<br><br>        Defendant. | Adv. Pro. No. 18-01272 (RG)<br><br>Hearing Date: September 18, 2018<br>                 at 11:00 AM<br><br>Oral Argument Requested |

**ORDER EXTENDING TIME TO FILE ADVERSARY COMPLAINT**

The relief set forth on the following page, numbered two (2), is hereby ORDERED.

| | |
|---|---|
| Debtor: | Eric A. Zakarin |
| Case No.: | 18-14226 (RG) |
| Adv. Pro. No.: | 18-01272 (RG) |
| Caption of Order: | Order Extending Time to File Adversary Complaint |

**THIS MATTER** having been opened to this Court by Liddle & Robinson ("Plaintiff"), by the filing of a Motion for Entry of Order Extending Time to File Adversary Complaint; this Court having heard oral argument and having considered the moving papers and any opposition thereto; and for good cause shown;

**IT IS ORDERED** that the Motion is granted.

**ORDERED** that the Adversary Complaint filed by Plaintiff on June 8, 2018 is deemed timely filed.

**AND IT IS FURTHER ORDERED** that Defendant Eric A. Zakarin must file and serve any response to the Adversary Complaint within 30 days of the entry of this Order.

4826-3695-2688, v. 1