| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **LIDDLE & ROBINSON**<br>800 Third Avenue, 8th Floor<br>New York, New York 10022<br>Jeffrey L. Liddle<br>(212) 687-8500<br>*Pro Se*<br>Motion for *Pro Hac Vice* Admission Pending<br><br>**TRENK, DiPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>347 Mt. Pleasant Avenue, Suite 300<br>West Orange, New Jersey 07052<br>Henry M. Karwowski<br>Joshua H. Raymond<br>(973) 243-8600<br>hkarwowski@trenklawfirm.com<br>Local Counsel for Plaintiff | |
| In re:<br><br>ERIC A ZAKARIN,<br><br>                Debtor. | Case No.: 18-14226 (RG)<br><br>Chapter 7 |
| LIDDLE & ROBINSON, LLP,<br><br>                Plaintiff,<br><br>                v.<br><br>ERIC A. ZAKARIN,<br><br>                Defendant. | Adv. Pro. No. 18-01272 (RG)<br><br>Hearing Date: September 18, 2018<br>                  at 11:00 AM |

## CERTIFICATION OF SERVICE

1.     I, Mary F. China:

        ☐ am a secretary/paralegal at Trenk, DiPasquale, *et al.*, local counsel to Liddle

           & Robinson, LLP, the Plaintiff in the above-captioned matter.

2. On August 17, 2018, I sent copies of the following documents to the parties listed in the chart below:

*Notice of Motion of Plaintiff Liddle & Robinson for Entry of Order Extending Time to File Adversary Complaint*, with supporting Memorandum of Law, Certification with supporting exhibits, and proposed order.

I hereby certify under penalty of perjury that the above document was sent using the mode of service indicated.

                                                      */s/ Mary F. China*
                                                    MARY F. CHINA

Dated: August 17, 2018

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| Jeffrey W. Herrmann<br>Cohn Lifland Pearlman Herrmann & Knopf LLP<br>Park 80 West-Plaza One<br>250 Pehle Avenue<br>Suite 401<br>Saddle Brook, NJ 07663<br>Attorney for Debtor-Defendant Eric Zakarin | *Debtor/ Defendant* | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

4812-9824-8816, v. 1