# COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP

Celebrating 90 years | EST. 1921

COUNSELLORS AT LAW

PARK 80 WEST - PLAZA ONE, 250 PEHLE AVE., SUITE 401, SADDLE BROOK, NJ 07663
201-845-9600 • FAX 201-845-9423 • clphk@njlawfirm.com • www.njlawfirm.com

JEFFREY W. HERRMANN, ESQ. Email: jwh@njlawfirm.com

November 19, 2018

**Via Email**
Honorable Judge Rosemary Gambardella
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

                             Re:    **Liddle & Robinson v. Eric Zakarin**
                                         **Case: 18-1272 (RG)**
                                         **File No.: 39,569-1**

Dear Honorable Judge Gambardella:

      This letter shall confirm that the Court has adjourned plaintiff's motion to allow a late filing of an adversarial complaint, in connection with the above named matter, from November 27, 2018 to December 13, 2018 at 11:00 a.m.

      Our adversary has already been noticed of this rescheduling by email earlier today.

                                      Respectfully submitted,

                                      /s/ Jeffrey W. Herrmann
                                          Jeffrey W. Herrmann, Esq.

cc:     Henry Karwowski, Esq. *(Via pacer and email – hkarwowski@msbnj.com)*